**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**
**ELKINS DIVISION**

**MOUNTAIN VALLEY PIPELINE, LLC,**

    **Plaintiff,**

v.                                         **CIVIL ACTION NO. 2:24-cv-12 Kleeh**

**JEROME JAMES WAGNER,**

    **Defendant.**

**DISCLOSURE STATEMENT OF PLAINTIFF MOUNTAIN VALLEY PIPELINE, LLC PURSUANT TO Fed. R. Civ. P. 7.1**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Mountain Valley Pipeline, LLC, makes the following disclosure:

1. Is the party a non-governmental corporate party?

   **Yes.**

2. If the answer to Number 1 is "Yes," list below any parent corporation or state that there is no such corporation:

   **Mountain Valley Pipeline, LLC is a Delaware limited liability company with its principal place of business located in Pennsylvania. Mountain Valley Pipeline's members are MVP Holdco, LLC; US Marcellus Gas Infrastructure, LLC; Con Edison Gas Pipeline and Storage, LLC; WGL Midstream MVP, LLC; RGC Midstream, LLC; and VED NPI IV, LLC. Below are the respective ownership interests.**

   A.    **MVP Holdco, LLC**

         1. **MVP Holdco, LLC, is a Delaware limited liability company that is wholly owned by EQM Midstream Partners, LP.**

         2. **EQM Midstream Partners, LP, is owned by Equitrans Gathering Holdings, LLC, EQM LP, LLC, EQGP Services, LLC, and EQM GP Corporation.**

3. **Equitrans Gathering Holdings, LLC is wholly owned by Equitrans Midstream Corporation, a publicly traded company that is a Pennsylvania corporation with its principal place of business in Pennsylvania.**

4. **EQM LP, LLC is wholly owned by Equitrans Midstream Corporation, a publicly traded company that is a Pennsylvania corporation with its principal place of business in Pennsylvania.**

5. **EQGP Services, LLC is wholly owned by Equitrans Gathering Holdings, LLC, which is wholly owned by Equitrans Midstream Corporation, a publicly traded company that is a Pennsylvania corporation with its principal place of business in Pennsylvania.**

6. **EQM GP Corporation is a Delaware corporation with its principal place of business located in Pennsylvania. EQM GP Corporation is wholly owned by Equitrans Gathering Holdings, LLC, which is wholly owned by Equitrans Midstream Corporation, a publicly traded company that is a Pennsylvania corporation with its principal place of business in Pennsylvania.**

B. **US Marcellus Gas Infrastructure, LLC**

1. **US Marcellus Gas Infrastructure, LLC is a Delaware limited liability company that is wholly owned by NextEra Energy Pipeline Holdings, LLC.**

2. **NextEra Energy Pipeline Holdings, LLC is wholly owned by USG Energy Gas Producer Holdings, LLC.**

3. **USG Energy Gas Producer Holdings, LLC is wholly owned by NextEra Energy Marketing, LLC.**

4. **NextEra Energy Marketing, LLC is wholly owned by NextEra Energy Resources, LLC. NextEra Energy Resources, LLC is wholly owned by NextEra Energy Capital Holdings, Inc., a Florida corporation with its principal place of business located in Florida.**

5. **NextEra Energy Capital Holdings, Inc. is wholly owned by NextEra Energy, Inc., a publicly traded company.**

C. **Con Edison Gas Pipeline and Storage, LLC**

**Con Edison Gas Pipeline and Storage, LLC, a New York limited liability company is wholly owned by Con Edison Transmission, Inc., a New York corporation with its principal place of business located in New York.**

D.  **WGL Midstream MVP, LLC,**

**WGL Midstream MVP, LLC, a Delaware limited liability company is wholly owned by WGSW, Inc., a Delaware corporation with its principal place of business located in Virginia. Alta Gas, Ltd. Is the ultimate parent WGL Midstream MVP, LLC and is a publicly traded company.**

E.  **RGC Midstream, LLC**

**RGC Midstream, LLC, a Virginia limited liability company, is wholly owned by RGC Resources, Inc, a Virginia corporation with its principal place of business located in Virginia.**

F.  **VED NPI IV, LLC**

1. **VED NPI IV, LLC is owned by Vega Energy Holdings, Ltd., a Texas limited partnership ("VEH") and Christopher Beggins, a Texas resident.**

2. **VEH is owned by Money, Marbles & Chalk, LLC, dba MMC, LLC, a Texas limited liability company ("MMC") and VELP, Ltd. dba M2, Ltd., a Texas limited partnership ("M2").**

3. **M2 is owned by MMC and M2$^2$, Ltd., a Texas limited partnership ("M22").**

4. **M22 is owned by David Modesett (in joint tenancy with his wife Diane Modesett), each Texas residents ("DAM") and DDHJ, Ltd., a Texas limited partnership ("DDHJ").**

5. **DDHJ is owned by DAM, DDHJ GP LLC, a Texas limited partnership (non-economic GP interest only) ("DDHJ GP"), the Helen Valera Modesett 2012 Trust and the Jacqueline Drury Modesett 2012 Trust. The Trustee of the Helen Valera Modesett 2012 Trust and the Jacqueline Drury Modesett 2012 Trust is Daniel Conger Harkins, an Ohio resident.**

6. **MMC is owned by David Modesett, a Texas resident.**

7. **DDHJ GP is owned by David Modesett and Diane Modesett, each Texas residents.**

6.  If the answer to Number 1 is "Yes," list below any publicly held corporation that owns 10% or more of the party's stock or state that there is no such corporation.

**MVP Holdco, LLC, US Marcellus Gas Infrastructure, LLC, and WGL Midstream MVP, LLC are the only entities owning at least 10% of the interests in Mountain**

**Valley Pipeline, LLC, and their respective ultimate parent publicly traded status information is also set forth above.**

The undersigned party understands that under Rule 7.1 of the Federal Rules of Civil Procedure, it will promptly file a supplemental statement upon any change in the information that this statement requires.

**MOUNTAIN VALLEY PIPELINE, LLC**

**By Counsel**

/s/ *Timothy M. Miller*
Timothy M. Miller (WVSB #2564)
Robert M. Stonestreet (WVSB # 9370)
Jennifer J. Hicks (WVSB # 11423)
Christopher S. Etheredge (WVSB #13835)
Austin D. Rogers (WVSB #13919)
Babst Calland, P.C.
300 Summers Street, Suite 1000
Charleston, WV  25301
Telephone:  681.205.8888
Facsimile:  681.205.8814
tmiller@babstcalland.com
rstonestreet@babstcalland.com
jhicks@babstcalland.com
cetheredge@babstcalland.com
arogers@babstcalland.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
# ELKINS DIVISION

**MOUNTAIN VALLEY PIPELINE, LLC,**

    **Plaintiff,**

v.                                                **CIVIL ACTION NO. 2:24-cv-12 Kleeh**

**JEROME JAMES WAGNER,**

    **Defendant.**

## CERTIFICATE OF SERVICE

The undersigned, as counsel for Plaintiff Mountain Valley Pipeline, LLC hereby certifies that a true and correct copy of the foregoing **Disclosure Statement of Plaintiff Mountain Valley Pipeline, LLC Pursuant to Fed. R. Civ. P. 7.1** was filed this 18th day of June, 2024, through the Court's CM/ECF system which will send an electronic notification to counsel of record as follows:

William V. DePaulo, Esquire
PO Box 1711
Lewisburg, WV 25901
*Counsel for Defendant*


                                           /s/ *Timothy M. Miller*
                                           Timothy M. Miller (WVSB #2564)