IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

MOUNTAIN VALLEY PIPELINE, INC. )
)
)
)
)
, )
)
Plaintiff(s), )
)
)
v. )
)
JEROME JAMES WAGNER )     Civil Action No. 2:24-CV-12
)
)
)
, )
)
Defendant(s)/ )
Third-Party Plaintiff(s), )
)
)
v. )
)
)
)
)
)
, )
)
Third-Party Defendant(s). )
)

**DISCLOSURE STATEMENT PURSUANT TO Fed. R. Civ. P. 7.1**
**(Civil Action)**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant ,
(type of party)
who is Jerome James Wagner , makes the following disclosure:
(name of party)

1. In the party or intervenor a non-governmental corporate party?

    ✔ Yes          ☐ No

2. If the answer to Number 1 is "yes," list below any parent corporation or state that there is no such corporation:

There is no such corporation.

3. If the answer to Number 1 is "yes," list below any publically-held corporation that owns 10% or more of the party or intervenor's stock or state that there is no such corporation:

There is no such corporation.

4. In a case based on diversity jurisdiction, the following is a list of all members of _____ and its states of citizenship:
(name of corporation)

| (name of member) | (state of citizenship) |
| (name of member) | (state of citizenship) |
| (name of member) | (state of citizenship) |
| (name of member) | (state of citizenship) |

Note: If there are additional members, please provide their names and states of citizenship on a separate piece of paper.

The undersigned party understands that under Rule 7.1 of the Federal Rules of Civil Procedure, it will promptly file a supplemental statement upon any change in the information that this statement requires.

Date: June 19, 2024

/William V. DePaulo  #995
Signature of Counsel for Party