UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF WEST VIRGINIA
AT ELKINS

MOUNTAIN VALLEY PIPELINE, LLC,
   Plaintiff,

v.             CIVIL ACTION NO 2:24-cv-12 Kleeh

JEROME JAMES WAGNER,
   Defendant.

**STIPULATION EXTENDING TIME TO ANSWER**
**OR OTHERWISE RESPOND TO THE COMPLAINT**

Plaintiff Mountain Valley Pipeline, LLC and Defendant Jerome James Wagner ("Wagner") stipulate that Wagner has until July 1, 2024 to answer or otherwise respond to the complaint.[1] *See* L.R. Civ. P. 12.01.

| | |
|---|---|
| /s/William V. DePaulo | /s/ Timothy M. Miller (with permission) |
| William V. DePaulo, Esq. #995 | Timothy M. Miller (WVSB #2564) |
| P. O. Box 1711 | Robert M. Stonestreet (WVSB #9370) |
| Lewisburg, WV 25901 | Jennifer J. Hicks (WVSB #11423) |
| Tel: 304-342-5588 | Christopher S. Etheredge (WVSB #13835) |
| Fax: 866-850-1501 | Austin D. Rogers (WVSB #13919) |
| william.depaulo@gmail.com | **Babst Calland, P.C.** |
| *Counsel for Jerome James Wagner* | 300 Summers Street, Suite 1000 |
| | Charleston, WV 25301 |
| | Telephone: 681.205.8888 |
| | Facsimile: 681.205.8814 |
| | tmiller@babstcalland.com |
| | rstonestreet@babstcalland.com |
| | jhicks@babstcalland.com |
| | cetheredge@babstcalland.com |
| | arogers@babstcalland.com |
| | *Counsel for Mountain Valley Pipeline, LLC* |

---

[1] While Wagner does not concede any obligation to respond prior to July 1, 2024, Wagner nonetheless intends to respond by that date and files this stipulation out of an abundance of caution in the event this Court would otherwise find an earlier response deadline.