Exhibit A

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF WEST VIRGINIA
# AT BECKLEY

MOUNTAIN VALLEY PIPELINE, LLC,
    Plaintiff,

v.                                                       CA NO. 2:24-cv-12 KLEEH

JEROME WAGNER
    Defendant.

## AFFIDAVIT OF JEROME JAMES WAGNER

JEROME JAMES WAGNER, BEING FIRST DULY SWORN, STATES AS FOLLOWS:

1. I am over 18 and competent to testify to the facts stated herein.
2. I have been divorced from Jane Wagner since 2004.
3. 13509 Glencreek Lane, Huntersville, NC is my ex-wife's address.
4. The summons and complaint in Webster County Civil Action 24-C-12 were mailed to 13509 Glencreek Lane, Huntersville, NC.
5. Jane Wagner provided me with the summons and complaint after she received it at 13509 Glencreek Lane, Huntersville, NC.
6. I have never resided at 13509 Glencreek Lane.
7. I have never received mail addressed to me at 13509 Glencreek Lane.
8. I have never asked Jane Wagner to receive mail for me at 13509 Glencreek Lane.
9. I have never directed or authorized Jane Wagner to accept service of process on my behalf.

FURTHER AFFIANT SAYETH NAUGHT.

                                                                 _____
                                                                  Jerome James Wagner

STATE OF NORTH CAROLINA
COUNTY OF CABARRUS

Subscribed to and sworn before me this 29th day of June, 2024 by Jerome James Wagner.

_____
Notary Public, State of North Carolina

My Commission Expires 11/08/2025

SEAL