IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
AT ELKINS

**MOUNTAIN VALLEY PIPELINE, LLC,**

    Plaintiff,

v.                                      Civil Action No. 2:24-cv-12
                                          Judge Kleeh

**JEROME JAMES WAGNER,**

    Defendant.

**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE
TO FILE RESPONSES TO DEFENDANT'S MOTION TO DISMISS OUT OF TIME**

Pending before this Court is Plaintiff's Motion for Leave to File Response to Defendant's Motion to Dismiss Out of Time. For good cause shown, the Court **GRANTS** Plaintiff's Motion and **ORDERS** that Plaintiff's Response in Opposition to Defendant's Motion to Dismiss shall be deemed filed.

The Clerk is directed to provide copies of this Order to all counsel of record.

ENTER: July _____, 2024.

                                                            _____
                                                            Honorable Thomas S. Kleeh