# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

Mountain Valley Pipeline, LLC

**Plaintiff(s),**

v.

Civil

NO: 2:24-cv-12 Kleeh

Jerome James Wagner

**Defendant(s).**

## APPLICATION FOR ADMISSION *PRO HAC VICE*

    I verify that I have fully complied with Local Rule of General Practice and Procedure 83.02 as it relates to admission to practice *pro hac vice*.

Jonathan Sidney

Applicant's Name

Jerome James Wagner

Representing (Party Name)

Climate Defense Project

Name of Applicant's Firm

P.O. Box 97, Forest Hill, WV 24935

Applicant's Office Address

(510) 318-1549

Applicant's Office Telephone Number

Applicant's Office Fax Number

jsidney@climatedefenseproject.org

Applicant's Email Address

Bar number where admitted, with name, address, and telephone of State Bars where admitted:
Bar # and State:
Colorado, Attorney Registration No. 52463, (303) 457-5800
Ohio, Attorney Registration No. 0100561, (614) 387-9320

List all matters before West Virginia tribunals or judicial bodies in which the applicant is or has been involved in the preceding twenty-four (24) months:

See Attachment A

PROVIDE ATTACHMENT WITH ADDITIONAL INFORMATION IF NECESSARY

All matters before West Virginia tribunals or judicial bodies in which any member of applicant's firm, partnership or corporation is or has been involved in the preceding twenty-four (24) months:

n/a

---

PROVIDE ATTACHMENT WITH ADDITIONAL INFORMATION IF NECESSARY

I understand that admission to practice *pro hac vice* will result in my registration in the Case Management/Electronic Case Filing system. By this registration, I agree to abide by the requirements set forth in the Federal Rules, Federal Statutes and the Local Rules, Administrative Orders, procedures and policies of the United States District Court for the Northern District of West Virginia. (See https://racerweb.wvnd.uscourt.gov for further information).

I understand that attorneys admitted *pro hac vice* will have privileges to view official docket sheets and documents associated with cases and query case reports for cases on the CM/ECF system using the Court-assigned *read only* login and password, and that I must submit all filings electronically through local counsel. Registration constitutes my consent to service by electronic means pursuant to the Federal Rules.

I certify that I have:

1) Submitted with this application the requisite fee of Two-Hundred Dollars ($200.00) payable to the Clerk of the Court of the United States District Court for the Northern District of West Virginia, **and**

2) Paid to the West Virginia State Bar the West Virginia State Bar *pro hac vice* fee pursuant to Rule 8.0 of the Rules of Admission for the West Virginia State Bar.

I certify that the foregoing application is true and correct. I hereby represent that I am a member in good standing with the bar of every jurisdiction in which I am admitted and my privileges to practice law and my membership in any bar association have never been amended, modified, suspended, revoked or otherwise limited in any way in any court, district, state, commonwealth or other jurisdiction. I also certify that I have never been convicted of a felony. I agree to comply with all laws, rules, and regulations of the United States Courts where applicable.

If unable to make the above representation, please attach an explanation. See Attachment A

| | |
|---|---|
| | /s/ Jonathan Sidney |
| William V. DePaulo, Esq. ✚ | |
| Name of Responsible Local Attorney | Signature of Applicant |
| | |
| (304) 342-5588 | Office of William V. DePaulo, Esq. |
| Office Local Attorney Telephone Number | Name of Responsible Attorney's Firm |
| | |
| william.depaulo@gmail.com | P.O. Box 171, Lewisburg, WV 25901 |
| Responsible Attorney's Email Address | Responsible Attorney's Office Address |

Pursuant to Local Rule of General Practice and Procedure 83.02, I have read the foregoing application and, by my endorsement hereon, agree to be a responsible local attorney in the above-styled matter. I certify that I am an active member in good standing of the West Virginia Bar and that I maintain an actual office in West Virginia from which I practice law on a daily basis. I hereby verify that the attorney moving for *pro hac vice* admission is a member of the bar or bars listed on page 1 of this application.

Signature of Responsible Local Attorney

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

Mountain Valley Pipeline, LLC

**Plaintiff(s),**

v.

Jerome James Wagner

**Defendant(s).**

Civil          NO: 2:24-cv-12 Kleeh

# O R D E R

     Upon consideration of the foregoing Application for Adm ission *Pro Hac Vice* of Jonathan Sidney_____, it is **ORDERED** that the Application f or Admission *Pro Hac Vice* be, and the same is hereby, **APPROVED** and that the applicant m ay appear *pro hac vice* in this matter on behalf of the represented party.

ENTER: _____

_____
United States District Judge

## Attachment A – Sidney *Pro Hac Vice* Application

*Mountain Valley Pipeline, LLC v. Wagner*, Case No. 2:24-cv-12 Kleeh

1. I have been involved in the following related matters as advisory counsel in association with Mr. DePaulo:

- *State v. Tuhus, et al.* (Summers County Magistrate Court, Case Nos. 23-M45M-00530-00535)

- *State v. Zinn* and *State v. Naim, et al.* (Summers County Circuit Court, Case Nos. CC-45-2023-C-25, CC-45-2023-C-26)

- *State v. Tuhus, et al.* (Southern District of West Virginia, Case No. 5:23-cv-00625)

2. I attempted to pay my admission fee to the United States District Court for the Northern District of West Virginia last Friday (July 19, 2024) via telephone and was advised that I should file my *pro hac vice* application prior to payment.

3. I was advised to submit my *pro hac vice* application online contemporaneously with my State Bar *pro hac vice* fee. I am doing so this date and my local counsel will subsequently submit my application via Pacer.

/s/ Jonathan Sidney
July 22, 2024