# EXHIBIT A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
# AT ELKINS

**MOUNTAIN VALLEY PIPELINE, LLC,**

    Plaintiff,

v.                                                  Civil Action No. 2:24-cv-12
                                                     Judge Kleeh

**JEROME JAMES WAGNER,**

    Defendant.

## SCHEDULING ORDER CHECKLIST

| | |
|---|---|
| JOIN PARTIES OR AMEND PLEADINGS | November 1, 2024 |
| PLAINTIFF EXPERT DISCLOSURE | March 10, 2025 |
| DEFENDANT EXPERT DISCLOSURE | April 14, 2025 |
| COMPLETION OF DISCOVERY | May 26, 2025 |
| NOTIFICATION OF MEDIATOR SELECTION | March 31, 2025 |
| MEDIATION | May 26, 2025 |
| DISPOSITIVE MOTIONS | September 22, 2025 |
| RESPONSE TO DISPOSITIVE MOTIONS | Within 21 days of the filing of the motion |
| REPLY TO DISPOSITIVE MOTIONS | Within 14 days of the filing of a response |
| PRETRIAL DISCLOSURES, FED R. CIV. P. 26(a)(3) | September 22, 2025 |
|     OBJECTIONS | September 29, 2025 |
| PROPOSED VOIR DIRE, JURY INSTRUCTIONS, VERDICT FORMS, & SPECIAL INTERROGATORIES | September 22, 2025 |
|     OBJECTIONS | September 29, 2025 |
| MOTIONS IN LIMINE | September 22, 2025 |
|     OBJECTIONS | September 29, 2025 |
| BIOGRAPHICAL SKETCHES | September 22, 2025 |
| JOINT PRE-TRIAL ORDER | September 15, 2025 |
| STIPULATION OF FACTS | September 29, 2025 |
| FINAL PRE-TRIAL/SETTLEMENT CONFERENCE | October 6, 2025 |
| TRIAL DATE (including number of days) | October 20, 2025 (3 days) |