# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
# AT ELKINS

**MOUNTAIN VALLEY PIPELINE, LLC,**

    **Plaintiff,**

**v.**                                                                                             **Civil Action No. 2:24-cv-12**
                                                                                           **Judge Kleeh**

**JEROME JAMES WAGNER,**

    **Defendant.**

## CERTIFICATE OF SERVICE

The undersigned, as counsel for Plaintiff Mountain Valley Pipeline, LLC, hereby certifies that on the 19th day of August, 2024, the *Certificate of Service* for **Plaintiff's Rule 26(a)(1) Initial Disclosures** was filed via the Court's CM/ECF system which will send an electronic notification to counsel of record listed below and that a copy of **Plaintiff's Rule 26(a)(1) Initial Disclosures** was served via US Mail and electronic mail to counsel of record as follows:

William V. DePaulo, Esquire
PO Box 1711
Lewisburg, WV 25901
*Counsel for Defendant*

Jonathan Sidney, Esquire
PO Box 97
Forest Hill, WV 24935
*Counsel for Defendant*


                                                    */s/ Christopher S. Etheredge*
                                                    Christopher S. Etheredge (WVSB No. 13835)