**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF WEST VIRGINIA**
**AT ELKINS**

MOUNTAIN VALLEY PIPELINE, LLC
       Plaintiff,

v.                             CIVIL ACTION NO 2:24-cv-12 Kleeh

JEROME JAMES WAGNER
       Defendant.

**CERTIFICATE OF SERVICE**

I hereby certify that this **Certificate of Service** for Defendant's Rule 26(a)(1)(A) Disclosures was filed electronically via the CM/ECF system with the Clerk of the Court, this 19th day of August, 2024, and thereby served on Counsel for the Plaintiff. I further certify that on this 19th day of August, 2024, a copy of for Defendant's Rule 26(a)(1)(A) Disclosures was served on Plaintiff via electronic mail to:

Timothy M. Miller (WVSB #2564)
Christopher S. Etheredge (WVSB # 13835)
Austin D. Rogers (WVSB #13919)
**BABST CALLAND, P.C.**
300 Summers Street, Suite 1000
Charleston, WV  25301
Telephone:  681.205.8888
Facsimile:  681.205.8814
tmiller@babstcalland.com
cetheredge@babstcalland.com
arogers@babstcalland.com

                          */s/ William V. DePaulo*
                          William V. DePaulo