**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
AT ELKINS**

**MOUNTAIN VALLEY PIPELINE, LLC,**

    **Plaintiff,**

v.                                                                                                    **Civil Action No. 2:24-cv-12**
                                                                                                      **Judge Kleeh**

**JEROME JAMES WAGNER,**

    **Defendant.**

## MOTION TO APPROVE WITHDRAWAL OF COUNSEL

Pursuant to Rule 83.03 of the Local Rules of Court for the U.S. District Court for the Northern District of West Virginia, the undersigned moves the court to approve the withdrawal of Christopher S. Etheridge as one of the counsel for Plaintiff Mountain Valley Pipeline, LLC.

Plaintiff Mountain Valley Pipeline, LLC will continue to be represented by Timothy M. Miller, Esquire, Robert M. Stonestreet, Esquire, Jennifer J. Hicks, Esquire, and Austin D. Rogers, Esquire of Babst, Calland, Clements & Zomnir, P.C.

WHEREFORE, the undersigned attorney respectfully requests that this Court grant the Motion and enter the proposed order approving the withdrawal of Christopher S. Etheredge as counsel for Plaintiff Mountain Valley Pipeline, LLC, in the above-captioned matter.

                                                 **MOUNTAIN VALLEY PIPELINE, LLC,
By counsel,**

                                               */s/ Timothy M. Miller*
                                               Timothy M. Miller, Esquire (WVSB No. 2564)
                                             Robert M. Stonestreet, Esquire (WVSB No. 9370)
                                             Jennifer J. Hicks, Esquire (WVSB No. 11423)
                                             Austin D. Rogers, Esquire (WVSB No. 13919)
                                             Babst Calland. P.C.

                                                    300 Summer Street, Suite 1000  
                                                    Charleston, WV 25301  
                                                    Telephone: (681) 205-8888  
                                                    Facsimile: (681) 205-8814  
                                                    tmiller@babstcalland.com  
                                                    rstonestreet@babstcalland.com  
                                                     jhicks@babstcalland.com  
                                                    arogers@babstcalland.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
# AT ELKINS

**MOUNTAIN VALLEY PIPELINE, LLC,**

    **Plaintiff,**

**v.**                                              **Civil Action No. 2:24-cv-12**
                                                                  **Judge Kleeh**

**JEROME JAMES WAGNER,**

    **Defendant.**

## CERTIFICATE OF SERVICE

The undersigned, as counsel for Plaintiff Mountain Valley Pipeline, LLC, hereby certifies that on the 21st day of November, 2024, I electronically filed the *Motion to Approve Withdrawal of Counsel* via the Court's CM/ECF system which will send an electronic notification to counsel of record listed below:

William V. DePaulo, Esquire
PO Box 1711
Lewisburg, WV 25901
*Counsel for Defendant*

Jonathan Sidney, Esquire
PO Box 97
Forest Hill, WV 24935
*Counsel for Defendant*

                                              */s/ Timothy M. Miller*
                                              Timothy M. Miller, Esquire (WVSB No. 2564)