UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF WEST VIRGINIA
AT ELKINS

MOUNTAIN VALLEY PIPELINE, LLC,
    Plaintiff,
v.

CIVIL ACTION NO 2:24-cv-12 Kleeh

JEROME JAMES WAGNER,
    Defendant.

### STIPULATION EXTENDING TIME TO ANSWER TO THE COMPLAINT

Plaintiff Mountain Valley Pipeline, LLC and Defendant Jerome James Wagner ("Wagner") stipulate that Wagner has until March 24, 2025 to answer to the complaint. *See* L.R. Civ. P. 12.01.

/s/William V. DePaulo
William V. DePaulo, Esq. #995
P. O. Box 1711
Lewisburg, WV 25901
Tel: 304-342-5588
Fax: 866-850-1501
william.depaulo@gmail.com
*Counsel for Jerome James Wagner*

/s/Jonathan Sidney
Jonathan Sidney
*Pro Hac Vice*
Colorado Bar No. 52463
Ohio Bar No. 0100561
Climate Defense Project
P.O. Box 97
Forest Hill, WV 24935
Email: jsidney@climatedefenseproject.org
Telephone: (510) 318-1549

/s/
Timothy M. Miller (WVSB #2564)
Robert M. Stonestreet (WVSB #9370)
Jennifer J. Hicks (WVSB #11423)
Christopher S. Etheredge (WVSB #13835)
Austin D. Rogers (WVSB #13919)
**Babst Calland, P.C.**
300 Summers Street, Suite 1000
Charleston, WV 25301
Telephone: 681.205.8888
Facsimile: 681.205.8814
tmiller@babstcalland.com
rstonestreet@babstcalland.com
jhicks@babstcalland.com
cetheredge@babstcalland.com
arogers@babstcalland.com
*Counsel for Mountain Valley Pipeline, LLC*