# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
# AT ELKINS

**MOUNTAIN VALLEY PIPELINE, LLC,**

    **Plaintiff,**

v.                                     **CIVIL ACTION NO. 2:24-cv-12**

**JEROME JAMES WAGNER,**

    **Defendant.**

## CERTIFICATE OF SERVICE

The undersigned, as counsel for the Plaintiff, hereby certifies that on April 25, 2025, I electronically filed the *Certificate of Service* for **Mountain Valley Pipeline, LLC's First Set of Discovery to Defendant Jerome James Wagner** with the Clerk of the Court via the CM/ECF system and that a complete copy of **Mountain Valley Pipeline, LLC's First Set of Discovery to Defendant Jerome James Wagner** was served via US Mail, postage prepaid, upon the following:

William V. DePaulo Esquire
PO Box 1711
Lewisburg, WV  24901
*Counsel for Defendant*

Jonathan Sidney, Esquire
Climate Defense Project
PO Box 97
Forest Hill, WV 24935
*Counsel for Defendant*

                                          */s/ Austin D. Rogers*
                                          Austin D. Rogers (WVSB #13919)