IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
ELKINS DIVISION

MOUNTAIN VALLEY PIPELINE, LLC,

      Plaintiff,

v.                                        Civil Action No. 2:24-cv-12
                                                   (KLEEH)

JEROME JAMES WAGNER,

      Defendant.

## CERTIFICATE OF SERVICE

The undersigned, as counsel for the Defendant, hereby certifies that on April 25, 2025, a complete copy of DEFENDANT WAGNER'S FIRST DISCOVERY REQUEST was served via electronic mail to tmiller@babstcalland.com, rstonestreet@babstcalland.com, jhicks@babstcalland.com, arogers@babstcalland.com, and kmarkins@babstcalland.com.

                                        _____
                                        William V. DePaulo

- 1 -