**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**
**AT ELKINS**

**MOUNTAIN VALLEY PIPELINE, LLC,**

    **Plaintiff,**

v.                                                     **Civil Action No. 2:24-cv-12**
                                                           **Judge Kleeh**

**JEROME JAMES WAGNER,**

    **Defendant.**

**ORDER GRANTING JOINT MOTION**
**FOR MODIFICATION OF SCHEDULING ORDER**

Pending before the Court is the Joint Motion for Modification of Scheduling Order ("the Motion") filed by the parties on May 9, 2025. For the reasons stated in the Motion, the Court finds good cause exists for the amendment of the scheduling order with respect to the mediation deadline and accordingly, ORDERS as follows:

The mediation deadline previously set for May 26, 2025, is hereby extended to August 29, 2025.

    Dated: _____May 12\_\_, 2025

                                          _____
                                          Chief Judge Thomas S. Kleeh
                                          Northern District of West Virginia