**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**
**AT ELKINS**

**MOUNTAIN VALLEY PIPELINE, LLC,**

**Plaintiff,**

**v.**

**Civil Action No. 2:24-cv-12**
**Judge Kleeh**

**JEROME JAMES WAGNER,**

**Defendant.**

**JOINT MOTION FOR ENTRY OF AGREED ORDER GRANTING PERMANENT INJUNCTION**

This day came the parties, by counsel, and advised that pursuant to the terms of a full and final settlement agreement between the parties, they jointly and by agreement move for entry of the proposed Agreed Order Granting Permanent Injunction, submitted and filed with this Motion. By further agreement, within 5 days of the entry of the Agreed Order Granting Permanent Injunction, Plaintiff Mountain Valley Pipeline, LLC, shall file a Stipulation of Dismissal of this action, with prejudice.

**MOUNTAIN VALLEY PIPELINE, LLC,**

**By Counsel,**

*/s/ Austin D. Rogers*

Timothy M. Miller (WVSB No. 2564)
Robert M. Stonestreet (WVSB No. 9370)
Jennifer J. Hicks (WVSB No. 11423)
Austin D. Rogers (WVSB No. 13919)
Babst Calland. P.C.
300 Summer Street, Suite 1000
Charleston, WV 25301
Telephone: (681) 205-8888
Facsimile: (681) 205-8814
tmiller@babstcalland.com
rstonestreet@babstcalland.com

jhicks@babstcalland.com
arogers@babstcalland.com

and

**JEROME JAMES WAGNER,**

**By Counsel,**

*/s/ William V. DePaulo (w/ permission)*
William V. DePaulo (WVSB #995)
PO Box 1711
Lewisburg, WV 25901
William.depaulo@gmail.com

and

Jonathan Sidney (admitted *pro hac vice*)
PO Box 97
Forest Hill, WV 24935
jsidney@climatedefenseproject.org

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**
**AT ELKINS**

**MOUNTAIN VALLEY PIPELINE, LLC,**

**Plaintiff,**

**v.** **Civil Action No. 2:24-cv-12**
**Judge Kleeh**

**JEROME JAMES WAGNER,**

**Defendant.**

## CERTIFICATE OF SERVICE

The undersigned, as counsel for Plaintiff Mountain Valley Pipeline, LLC, hereby certifies that on the 25th day of June 2025, the ***Joint Motion for Entry of Agreed Order Granting Permanent Injunction*** was filed via the Court's CM/ECF system which will send an electronic notification to counsel of record listed below:

William V. DePaulo, Esquire
PO Box 1711
Lewisburg, WV 25901
*Counsel for Defendant*

Jonathan Sidney, Esquire
PO Box 97
Forest Hill, WV 24935
*Counsel for Defendant*

*/s/ Austin D. Rogers*
Austin D. Rogers (WVSB No. 13919)