**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**
**AT ELKINS**

**MOUNTAIN VALLEY PIPELINE, LLC,**

**Plaintiff,**

**v.** **Civil Action No. 2:24-cv-12**
**Judge Kleeh**

**JEROME JAMES WAGNER,**

**Defendant.**

# AGREED ORDER GRANTING PERMANENT INJUNCTION

On April 30, 2024, Plaintiff Mountain Valley Pipeline, LLC ("MVP") filed a Complaint against Jerome James Wagner ("Wagner") in the in the Circuit Court of Webster County, West Virginia. On June 17, 2024, counsel for Jerome James Wagner removed the matter to the United States District Court for the Northern District of West Virginia. Upon consideration of the same, the parties have reached an agreement on the issues raised in the Complaint and, pursuant to the terms of their settlement agreement, jointly move for the entry of this Agreed Order, as follows:

1. It is **ORDERED** that Defendant Wagner is hereby enjoined from unlawfully entering onto or otherwise unlawfully interfering with access to or unlawfully interfering with operations on any site owned or operated, in whole or in part, by Mountain Valley Pipeline, LLC, to include any property on which MVP and its successors and assigns, owns or otherwise maintains a right of way.
2. All parties agree that this injunction is enforceable upon any and all property owned or operated by Mountain Valley Pipeline, LLC, and its successors and assigns, in the United States.

3. Upon entry of this Stipulated Order, this action shall be dismissed with prejudice and stricken from the docket of this Court. This Agreed Order shall be effective upon filing of the Stipulation of Dismissal.

The Clerk is directed to send a copy of this Order to counsel of record.

**ENTERED THIS 26th DAY OF June, 2025.**

Tom S Kleeh

**Thomas S. Kleeh, Chief Judge**
**Northern District of West Virginia**

**ORDER AGREED TO FOR PLAINTIFF:**

*/s/ Austin D. Rogers*
Timothy M. Miller (WVSB No. 2564)
Robert M. Stonestreet (WVSB No. 9370)
Jennifer J. Hicks (WVSB No. 11423)
Austin D. Rogers (WVSB No. 13919)
Babst Calland. P.C.
300 Summer Street, Suite 1000
Charleston, WV 25301
Telephone: (681) 205-8888
Facsimile: (681) 205-8814
tmiller@babstcalland.com
rstonestreet@babstcalland.com
jhicks@babstcalland.com
arogers@babstcalland.com

**ORDER AGREED TO FOR DEFENDANT:**

*/s/ William V. DePaulo (w/ permission)*
William V. DePaulo (WVSB #995)
PO Box 1711
Lewisburg, WV 25901
William.depaulo@gmail.com

and

Jonathan Sidney (admitted *pro hac vice*)
PO Box 97
Forest Hill, WV 24935
jsidney@climatedefenseproject.org