```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
                           ELKINS
```

**MOUNTAIN VALLEY PIPELINE, LLC,**

      **Plaintiff,**

**v.**                                      **CIVIL ACTION NO. 2:24-CV-12**
                                                                       **(KLEEH)**

**JEROME JAMES WAGNER,**

      **Defendant.**

## ORDER OF DISMISSAL

On June 30, 2025, Plaintiff and Defendant filed a *Stipulation of Dismissal* in which they stipulate, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, to dismiss, with prejudice, this action. ECF No. 39. This matter is hereby **DISMISSED WITH PREJUDICE** and **STRICKEN** from this Court's active docket.

It is so **ORDERED.**

The Clerk is directed to transmit copies of this Order to counsel of record.

**DATED:** June 30, 2025

                                             /s/ Thomas S. Kleeh
                                  THOMAS S. KLEEH, CHIEF JUDGE
                                  NORTHERN DISTRICT OF WEST VIRGINIA